IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00167–CMA–KMT

MARK D. BINGHAM,
TONY W. CHURCH,
JEFFERY C. DELANEY,
ANNETTE M. MONTOYA,
RICK L. PARKS,
AMBER D. SHETTRON,
STEWART G. SQUIRES, and
CHARLES L. ZORIO, individually,

    Plaintiffs,

v.

FIML NATURAL RESOURCES, LLC, a Delaware limited liability company,
DEVONSHIRE INVESTORS (DELAWARE), LLC, a Delaware limited liability company, and
DEVONSHIRE INVESTORS, LLC, a Delaware limited liability company,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiffs' Unopposed Motion for Leave to Amend Complaint" (Doc. No. 21, filed July 1, 2013) is GRANTED. The Clerk shall file the Second Amended Complaint and exhibits thereto (Doc. Nos. 21-1 through 21-5).

Dated: July 9, 2013