IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00167–CMA–KMT

MARK D. BINGHAM,
TONY W. CHURCH,
JEFFERY C. DELANEY,
ANNETTE M. MONTOYA,
RICK L. PARKS,
AMBER D. SHETTRON,
STEWART G. SQUIRES, and
CHARLES L. ZORIO, individually,

    Plaintiffs,

v.

FIML NATURAL RESOURCES, LLC, a Delaware limited liability company,
DEVONSHIRE INVESTORS (DELAWARE), LLC, a Delaware limited liability company, and
DEVONSHIRE INVESTORS, LLC, a Delaware limited liability company,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiffs' Unopposed Motion for Leave to Amend Complaint" (Doc. No. 37, filed August 13, 2013) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk shall file the Third Amended Complaint and exhibits thereto (Doc. Nos. 37-1 through 37-5).

Defendants' "Unopposed Motion for Extension of Time to Respond to Second Amended Complaint, Or In the Alternative, Third Amended Complaint" (Doc. No. 39, filed August 13, 2013) is DENIED as moot in part and GRANTED in part. Defendants shall answer or otherwise respond to Plaintiffs' Third Amended Complaint no later than August 28, 2013.

Dated: August 14, 2013